IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the Parties' Settlement Agreement executed on May 12, 2023, Plaintiff and Defendant hereby stipulate to dismissing this action with prejudice.

DATED: May 12, 2023

*/s/ James F. Peterson*
James F. Peterson (D.C. Bar No. 450171)
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel:   (202) 646-5175
Fax:   (202) 646-5199
Email: jpeterson@judicialwatch.org

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Jeremy S.B. Newman*
Jeremy S.B. Newman (D.C. Bar No.1024112)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Tel: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov

*Counsel for Defendant*